1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6
   Attorneys for Defendant
7  Gordon & Wong Law Group, P.C.



DENIED
Judge James Ware
6/11/2010

8

9           UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12  JAQUELINE FLEMING,            )  CASE NO.  5:09-cv-04430 JW
                                  )
13                                )  **STIPULATION AND [PROPOSED]
                                  )  ORDER RE HEARING ON
14          Plaintiff,            )  DEFENDANT'S MOTION FOR
                                  )  SUMMARY JUDGMENT**
15      vs.                       )
                                  )
16                                )
                                  )
17  GORDON & WONG LAW GROUP,      )
    P.C.,                         )
18                                )
                                  )
19          Defendant.            )
                                  )
20  _____)

21

22

23

24

25

26

27

28

1  Plaintiff Jaqueline Fleming ("Plaintiff") and defendant Gordon & Wong Law
2  Group, P.C. ("Defendant") hereby stipulate as follows:
3  WHEREAS Defendant filed its Motion for Summary Judgment (document
4  number 12) on March 1, 2010 and set the motion for hearing on April 5, 2010;
5  WHEREAS the motion is now fully briefed by the parties;
6  WHEREAS on March 12, 2010, the Court continued the hearing on the motion
7  to June 5, 2010 (document number 17);
8  WHEREAS on June 2, 2010, the Court again continued the hearing on the
9  motion to July 12, 2010; and
10 WHEREAS counsel for Defendant has a speaking engagement in Washington,
11 D.C. on that date and cannot attend the hearing;
12 THEREFORE the parties agree and stipulate to request that the Court specially
13 set the hearing on Defendant's pending Motion for Summary Judgment for 9:00 a.m.
14 on June 21, 2010.
15 **IT IS SO STIPULATED.**
16
17 DATED: June 7, 2010                LAW OFFICES OF TODD M. FRIEDMAN
                                       TODD M. FRIEDMAN
18
19
                                       By:   s/Todd M. Friedman
20                                           Todd M. Friedman
                                             Attorneys for Plaintiff
21
22 DATED: June 7, 2010                SIMMONDS & NARITA LLP
                                       TOMIO B. NARITA
                                       JEFFREY A. TOPOR
23
24
                                       By:   s/Tomio B. Narita
25                                           Tomio B. Narita
                                             Attorneys for Defendant
26 //
27 //
28 //

# [~~PROPOSED~~] ORDER

The stipulation is DENIED. The Motion remains on calendar for **July 12, 2010 at 9:00 AM** as previously set by the Court.

**IT IS SO ORDERED.**

Dated: June 11, 2010          By: *James Ware*
                                   Hon. James Ware
                                   United States District Court Judge